UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-CR-498-MK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAVIER ALONSO LOPEZ-VEJAR,
      *a/k/a* Jose Lopez-Garcia

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition on

December 13, 2005 by Defendant, Javier Alonso Lopez-Vejar.  The Court construes this Notice

as a motion to change his/her plea and to have the Court consider the terms of the parties' plea

agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

      pending determination of those matters.

2.    A Change of Plea hearing is set for **February 27, 2006 at 9:15 a.m.** in the United

      States District Court for the District of Colorado, Courtroom A901, Alfred A.

      Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.    The final trial preparation conference set for January 13, 2006 and the January 17,

      2006 trial date are **VACATED**.

Dated this 15th day of December, 2005.

BY THE COURT:

Marcia S. Krieger
United States District Judge